IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:24-CV-01003-KS

| | |
|---|---|
| KENNETH STOCKS, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> ) </br> ) </br> LELAND DUDEK, ) </br> Acting Commissioner of Social ) </br> Security, ) </br> ) </br> Defendant. ) </br> _____ ) | ORDER FOR PAYMENT </br> OF ATTORNEY FEES </br> UNDER THE </br> EQUAL ACCESS TO JUSTICE ACT |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $5,000 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charlotte W. Hall, and mailed to her office at P.O. Box 58129, Raleigh, NC 27658, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this 18th day of March 2025.

_____
KIMBERLY A. SWANK
United States Magistrate Judge